Samuel Purdy, W. H. Barnes, and J. H. Martin, for Appellant.

L. H. Hawkins, J. B. Woodward, and G. M. Knight, for Appellee.

September 30, 1892.  Affirmed.

(Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)

---

[Civil No. 335.]

FRANK BROAD et al., Appellants, v. LOUIS VIDAL, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.  R. E. Sloan, Judge.

C. G. Johnson, and Barnes & Martin, for Appellants.

Allen R. English, for Appellee.

September 30, 1892.  Modified.

(Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)

---

[Civil No. 308.]

W. A. CLARK, Appellant, v. F. M. MURPHY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.  James H. Wright, Judge.

Herndon & Hawkins, and E. M. Sanford, for Appellant.

Baldwin & Johnston, for Appellee.

October 1, 1892.  Reversed.

(Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)